IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAVIER ROCHIN-ROCHIN,<br><br>　　　　　Defendant. | 8:13CR266<br><br>**ORDER FOR DISMISSAL** |

　　　　This matter is before the Court on the United States' Motion for Dismissal (Filing No. 45). The Court, being duly advised in the premises, finds said Motion should be sustained.

　　　　IT IS HEREBY ORDERED:

　　　　1.　　Leave is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Javier Rochin-Rochin.

　　　　2.　　The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Javier Rochin-Rochin.

　　　　Dated this 18th day of October, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　 s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge