IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAVIER ROCHIN-ROCHIN,<br><br>                Defendant. | **8:13CR266**<br><br>**ORDER** |

      The U.S. Marshals Service is holding $2,800.00 in United States currency seized from the Defendant, Javier Rochin-Rochin, in connection with this criminal case. Pursuant to the dismissal of the Indictment against the Defendant, the United States agreed to return this money to a third party on behalf of the Defendant. Accordingly,

      IT IS ORDERED:

      The U.S. Marshals Service is directed to return said currency to Annette Salazar on behalf of Javier Rochin-Rochin.

      DATED this 8th day of November, 2013.

                                                BY THE COURT:

                                                s/ F.A. Gossett<br>                                                United States Magistrate Judge